**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LUIS MIGUEL MUNIZ, | ) | CASE NO. CV 11-07733 AG (RZ) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| GEORGE NEOTTI, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of LUIS MIGUEL MUNIZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: January 31, 2012

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE